BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Thomas.Ratcliffe@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00460-MO** |
| v. | **GOVERNMENT'S RULE 48(a) MOTION TO DISMISS THE INDICTMENT WITH PREJUDICE** |
| **WILLIAM GRANT REULAND,** | |
| **Defendant.** | |

This government asks the Court to dismiss the pending indictment with prejudice because the defendant has pled guilty and been sentenced for the same conduct in state court.

Rule 48(a) permits the United States to dismiss an indictment "with leave of court." This Court has "limited discretion" to deny a Rule 48(a) motion, consistent with separation-of-powers principles. *United States v. Garcia-Valencia-Valenzuela,* 232 F.3d 1003, 1007 (9th Cir. 2000). The primary purpose for Rule 48(a)'s leave of court requirement is to "protect a defendant against prosecutorial harassment." *Garcia-Valenzuela,* 232 F.3d at 1008. A prosecutor "must explain why the government seeks dismissal so the court may provide a check on prosecutorial behavior." *United States v. Adamidov,* No. 01-72-BR, 2002 WL 31971836 (D. Or. 2002) (*citing*

*United States v. Hayden,* 860 F.2d 1483, 1487 (9th Cir. 1988)).  If the government satisfies the court that the motion is made in good faith, the court is "duty bound" to grant it.  *Hayden,* 860 F.2d at 1487.

      The government seeks to dismiss this case with prejudice because the defendant pled guilty and was sentenced for the same conduct earlier this week, in Multnomah County Case No. 20-CR-48678.  The government was aware of the defendant's plan to plead guilty in state court and agreed to seek this dismissal following the defendant's guilty plea.

Dated: November 20, 2020	Respectfully submitted,

      BILLY J. WILLIAMS
      United States Attorney

      */s/ Thomas S. Ratcliffe*
      THOMAS S. RATCLIFFE, ILSB #6243708
      Assistant United States Attorney